LOOMIS v. LAKE SHORE & M. S. RY. CO. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Ac-

tion by Elsie Loomis against the Lake Shore & Michigan Southern Railway Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The form of the order to be settled by and before HISCOCK, J., on two days' notice.